KELLY ROGERS v. J. WATSON.

(No. 2751, Op. Book No. 4.)

APPEAL from Falls County.   Opinion by WILLSON, J.

§ **382.** *Contributory negligence; proof of, may be made under the general issue.* While the authorities are somewhat conflicting, we think the rule may be considered as well settled, that it is not necessary to set up contributory negligence of plaintiff in a special plea, but that such negligence may be proved by the defendant under the general issue. [6 Wait's Act. & Def. sec. 6, p. 600; Thomp. on Neg. p. 1179, sec. 26, and cases cited.]

June 6, 1883.                    Reversed and remanded.